NICHOLS v. NICHOLS. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by John N. Nichols against Rilla E. Nichols. No opinion. Motion to dismiss the appeal granted, without costs.

NORTON, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Ellen Norton, as administratrix, etc., against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs.

O'DWYER, Respondent, v. O'BRIEN. Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Sarah O'Dwyer against Thomas J. O'Brien. No opinion. Motion to amend the order granted, and it is amended by inserting after the word "reversed" the words "on the law and facts." See 43 N. Y. Supp. 815.

O'HARA, Respondent, v. HARMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Daniel O'Hara against C. Westley Harman, impleaded. D. J. Newland, for appellants. P. H. Stewart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 556.

OLIVER et al., Respondents, v. GILLIE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15. 1897.) Action by Edward Oliver, Alexander Straus, and Samuel A. Harms, in behalf of themselves and all other judgment creditors of William M. Gillie, William Godard, Joel S. Drury, Philip Perew, Charles Walters, George W. Quinlan, and George Fries, composing the co-partnership known as the Tonawanda Bicycle Company, similarly situated, who shall hereafter join in this action, against William M. Gillie, William Godard, Joel S. Drury, Philip Perew, Charles Walters, George W. Quinlan, George Fries, Charles Muck, William J. Kearney, the German-Ameri-

can Bank of Tonawanda, N. Y., and Minnie S. Fries. No opinion. Interlocutory judgment and orders affirmed, with costs.

OSBORNE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Hiram Osborne against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to go to the court of appeals denied. See 44 N. Y. Supp. 1126.

PALMER, Respondent, v. AMERICAN PRESS ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Tyndale Palmer against the American Press Association. C. A. Brodek, for appellant. J. R. Soley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 1028.

PARERA, Respondent, v. SANDROVITZ, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by Ventura M. Parera against Bernath Sandrovitz. A. J. Wise, for appellant. A. H. Sarasohn, for respondent. No opinion. Affirmed, with costs.

PATTERSON et al., Respondents v. VILLAGE OF DOLGEVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) In the matter of Dora E. Patterson and others against the village of Dolgeville. No opinion. Order affirmed, with costs.

PEARSE, Appellant, v. DAY et al., Respondents. (Supreme Court, Appellate Division, Third Department, September 14, 1897.) Action by Gilbert F. Pearse, as assignee, etc., of Mary G. Lyon, against John H. Day and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEARSON, Respondent, v. KAHNER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by Nicholas Pearson against Lazarus Kahner and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re PENDERGAST. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) In the matter of the application of Nicholas J. Pendergast for a writ of habeas corpus for his release from imprisonment. No opinion. Order affirmed, with costs to the respondent.

PEOPLE, Respondent, v. ARMOUR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the people of the state of New York against Philip D. Armour and others. No opinion. Motion denied. All concur, except Ward, J., dissenting. See 46 N. Y. Supp. 317.

PEOPLE, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by the people of the state of New York against Walton L. Bennett. No opinion. Judgment of conviction affirmed.